UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-8259 CAS (SSx) | Date | November 13, 2009 |
|---|---|---|---|
| Title | V.S., ETC. v. REDONDO BEACH UNIFIED SCHOOL DISTRICT | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present     Not Present

**Proceedings:**  **(In Chambers):** EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (filed November 13, 2009)

On November 13, 2009, plaintiff V.S. herein filed an ex-parte request for a temporary restraining order to restrain defendant Redondo Beach Unified School District from denying her enrollment in Redondo Beach Unified School District and denying her an Individualized Education Program. In light of the fact that the Court has serious questions as to jurisdiction, plaintiff's request for a temporary restraining order is DENIED.[1] Plaintiff is hereby ORDERED to SHOW CAUSE as to why the instant action should be dismissed for lack of subject matter jurisdiction within fifteen (15) days of the filing of this order.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |

---

[1] Even if the Court has jurisdiction, injunctive relief would be inappropriate, because there appears to be no probability of success on the merits, no irreparable injury, and the relief sought is in the nature of a mandatory injunction, which would upset the status quo. See Winter v. Natural Resources Defense Council, Inc. 129 S. Ct. 365, 374-75 (2008); Rodeo Collection, Ltd. v. West Seventh, 812 F.2d 1215, 1217 (9th Cir. 1987).